PINCUS LOWENFELD et al., Respondents, *v.* MARIA WIMPIE et al., Defendants, and EMPIRE CITY WOOD WORKING COMPANY, Appellant.

*Lowenfeld* v. *Wimpie*, 139 App. Div. 617, affirmed.
(Argued December 7, 1911; decided December 22, 1911.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered

July 29, 1910, modifying and affirming as modified a judg-
ment of Special Term directing that the claim of defend-
ant appellant be paid prior to the payment of an amount
due plaintiffs under a mortgage in an action to foreclose
said mortgage.

*J. Charles Weschler* for appellant.

*Alexander Pfeiffer* for respondents.

Judgment affirmed, with costs, on opinion of SCOTT,
J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN,
WERNER and WILLARD BARTLETT, JJ. Dissenting:
CHASE, J.